# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-3184
Lower Tribunal No. 21-DP-447

_____

In the Interest of R.G.M., a child.

C. M.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Gilberto Perez, Judge.

November 21, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and NARDELLA, JJ., concur.


David J. Joffe, of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Karla Perkins, Appellate Counsel, of the Department of Children and Families, Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED